1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT

APR 1 7 2013

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

*Ernest Jones, JR*

Defendant.

Case No.: *CR 96-148 ABC*

ORDER OF DETENTION PENDING
FURTHER REVOCATION
PROCEEDINGS
(FED. R. CRIM. P. 32.1(a)(6); 18
U.S.C. § 3143(a)(1))

The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the ___*Central*___ District of

___*California*___ for alleged violation(s) of the terms and conditions of probation

or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and

convincing evidence that he/she is not likely to flee if released under 18

U.S.C. § 3142(b) or (c). This finding is based on the following:

(X) information in the Pretrial Services Report and Recommendation

(X) information in the violation petition and report(s)

(X) the defendant's nonobjection to detention at this time

( ) other: _____

1

1   and/ or

2   B. (\) The defendant has not met his/her burden of establishing by clear and

3      convincing evidence that he/she is not likely to pose a danger to the

4      safety of any other person or the community if released under 18 U.S.C.

5      § 3142(b) or (c).  This finding is based on the following:

6      (\)   information in the Pretrial Services Report and Recommendation

7      (\)   information in the violation petition and report(s)

8      (X)   the defendant's nonobjection to detention at this time

9      ( )   other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: April 17, 2013                    _____

15                                           SHERI PYM
                                             United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2